**07 CV 1965**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRAVELERS INSURANCE COMPANY
as subrogee,

                Plaintiff,

    -against-                                         **RULE 7.1**

DHL-DANZAS AIR & OCEAN,                 07 Civ.

                Defendant.

------------------------------------------------------------X

       Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff as subrogee certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                                              NONE

Dated: New York, New York
       March 6, 2007

                                           William R. Connor, III (WC 4631)