```
                              ABC PROCESS SERVICE, INC.
                              Attorney:
                              MCDERMOTT & RADZIK, LLP
                              Index No. 07CV1966
                              Date Filed  /  /
                              Office No. DM6406827
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
ART VAN FURNITURE INC
                                              (PLAINTIFF)
              against
                                              (DEFENDANT)
M/V "ZIM JAPAN, HER ENGINES, BOILERS, ETC.
_____
STATE OF NEW YORK, COUNTY OF NEW YORK       SS:


AZZAM ABDERRAHMAN   being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 21       day of March       2007 at 11:35 AM , at

JFK INTL AIRPORT;NORTH HANGER RD BLDG 75 SUITE 210;JAMAICA, NY 11430
he served the annexed   SUMMONS AND COMPLAINT upon CLEAR FREIGHT INC in this
action, by delivering to and leaving with said MR. RICHARD, MANAGING AGENT a
true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex MALE , Color WHITE,  Hair BLACK/GREY, app.age 55 YRS, app.ht 5'9", app.wt 180
LBS


DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS AND COMPLAINT.

SWORN to before me this 27
day of March  2007

                              _____
                              AZZAM ABDERRAHMAN
                              License No.:   0820996    :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011

**RECEIVED**
APR - 2 2006
McDERMOTT & RADZIK, LLP