S:\FILES\5186_DHL-HSBC\5186R7.1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt, Esq.
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for Defendant

UNITED STATES SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HSBC LA BUENOS AIRES SEGUROS S.A., <br><br> Plaintiff, <br><br> - v. - <br><br> AIR EXPRESS INTERNATIONAL USA, INC. and CARGO CONNECTION LOGISTICS CORP., <br><br> Defendants. | 07 Civ. 2548 (WHP) <br><br> DEFENDANT'S <br> <u>RULE 7.1 STATEMENT</u> |

      Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the defendant certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

DEUTSCHE POST, A.G.

Dated:  New York, New York    KENNEDY LILLIS SCHMIDT & ENGLISH
       May 11, 2007          Attorneys for Defendant

                                 By:   s/
                                      Charles E. Schmidt (CS8669)
                                      75 Maiden Lane – Suite 402
                                      New York, New York  10038-4816
                                      Telephone:  212-430-0800

1