S:\FILES\5175_DHL-TRAVELERS_(J&J-ORTHO)\5175R7.1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt, Esq.
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for Defendant

UNITED STATES SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TRAVELERS INSURANCE COMPANY<br>as subrogee,<br><br>            Plaintiff,<br><br>         - v. -<br><br>DHL-DANZAS AIR & OCEAN,<br><br>            Defendant. | 07 Civ. 1965 (SCR)<br><br>DEFENDANT'S<br><u>RULE 7.1 STATEMENT</u> |

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the defendant certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

DEUTSCHE POST, A.G.

Dated:  New York, New York        KENNEDY LILLIS SCHMIDT & ENGLISH
        May 11, 2007              Attorneys for Defendant

                                  By: _____
                                      Charles E. Schmidt (CS8669)
                                      75 Maiden Lane – Suite 402
                                      New York, New York  10038-4816
                                      Telephone:  212-430-0800

1