(EDARBAUM5,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRAVELERS INSURANCE COMPANY,

                Plaintiff,

  -against-

DHL-DANZAS AIR & OCEAN,

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

**STIPULATION OF DISCONTINUANCE**

07 CIV 1965 (MGC)

The above-entitled action having been settled in the amount of $35,000.00,

**NOW ORDERED** that this action be and the same is hereby discontinued with prejudice, without costs to any party as against any other, without prejudice to reopen if settlement funds are not received within 60 days from the date of this Order.

Dated: New York, New York
       April 14, 2008

SO ORDERED: April 17, 2008

_____
U.S.D.J.

Case closed

CONSENT

McDERMOTT & RADZIK, LLP.
Attorneys for Plaintiff

By: _____
William R. Connor III (WC-4631)
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400


KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Defendant

By _____
Charles E. Schmidt
75 Maiden Lane Suite 402
New York, New York 10038-4816
212-430-0800
Your Ref.: 5175